JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and CONTRACT COMPLIANCE FUND,<br><br>    Plaintiffs,<br><br>  vs.<br><br>FEIZ ELECTRIC, INC., a California corporation,<br><br>    Defendant. | CASE NO.: CV 09-1925 JHN (JTLx)<br><br>[PROPOSED] JUDGMENT |

1  The Court having considered and approved the stipulation for entry of judgment submitted by and between defendant Feiz Electric, Inc., a California corporation, and plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union shall recover from defendant Feiz Electric, Inc., a California corporation, the principal amount of $220,000.00 (inclusive of all costs, including interest, attorney's fees, expert fees and associated expenses), plus post-judgment interest thereon from the date judgment is entered until paid in full.

DATED: April 12, 2010

_____
UNITED STATES DISTRICT JUDGE

283520.1

[Proposed] Judgment